Certificate Number: 15111-PAE-DE-030171828

Bankruptcy Case Number: 12-21232



15111-PAE-DE-030171828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2017, at 12:13 o'clock PM EST, Holli McCarthy completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 14, 2017            By:      /s/Waqar Ikram for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education