# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE  : FRANCIS C MCCARTHY
        HOLLI MCCARTHY

              :    CHAPTER 13

    :
                :
              :    BANKRUPTCY NO: 12-21232 AMC

CHAPTER 13 STANDING Trustee's NOTICE OF FINAL CURE in the above Captioned Chapter 13 Bankruptcy case. DOCKET ENTRY #60

Date November 17, 2017

                                      <u>/s/William C. Miller, Esquire</u>
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee
                                      P.O. Box 1229
                                      Philadelphia, PA  19107