United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-21232-amc
Francis C. McCarthy                                                     Chapter 13
Holli McCarthy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db/jdb         +Francis C. McCarthy,    Holli McCarthy,    253 Spruce Street,    Glenolden, PA 19036-1018
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC.,      PO Box 630267,    Irving, TX   75063)
cr             +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
cr             +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting, LLC,
                 2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
12943492       +BANK OF AMERICA, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12921635       +Baby Einstein Book Club,    c/o RJM Acquisitions,    575 Underhill blvd, ste 224,
                 Syosset, NY 11791-3416
13012198       +Bank of America,    Mail Stop CA6-919-01-15,    450 American Street,    Simi Valley, CA 93065-6285
12921636       +Bank of America,    P.O. Box 5170,    Attn: Bankruptcy Notice,    Simi Valley, CA 93062-5170
12921637       +Belmont Center-Op,    c/o Grimley Financial,    30 Wahsington Ave., Ste.C-6,
                 Haddonfield, NJ 08033-3341
12921638       +Belmont Center-Op,    c/o Grimley Financial,    30 Washington Ave.,Ste.C-6,
                 Haddonfield, NJ 08033-3341
12921639       +Capital One,    P.O. Box 30281,    Attn: Bankruptcy Notice,    Salt Lake City, UT 84130-0281
12921640       +Chase Bank USA,    P.O. Box 15298,    Attn: Bankruptcy Notice,    Wilmington, DE 19850-5298
12921641       +First Premier,    3820 N. Louise Avenue,    Attn: Bankruptcy Notice,
                 Sioux Falls, SD 57107-0145
12921642       +HSBC Bank,    P.O. Box 5253,    Attn: Bankruptcy Notice,    Carol Stream, IL 60197-5253
12921643       +ICUL Service Corporation,    1807 W. Diehl Road,    Attn: Bankruptcy Notice,
                 Naperville, IL 60563-1890
12921645        Lane Bryant Retail,    450 Winks Lane,    Attn: Bankruptcy Notice,    Bryn Mawr, PA   19010
12921651       +RJM Acq LLC,    575 Underhill Blvd, Ste 224,    Attn: Bankruptcy Notice,
                 Syosset, NY 11791-3416
13095471       +The Bank of New York Mellon et al...,    Bank of America, N.A.,    c/o KML Law Group, P.C.,,
                 701 Market Street SUite 5000,    Philadelphia, PA 19106-1541
12921653       +Tribute/BOFD,    P.O. Box 105555,    Attn: Bankruptcy Notice,    Atlanta, GA 30348-5555
13503132       +U.S. Bank National Association,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
12976223       +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting LLC,
                 2401 N.W. 23rd Street, Suite 1A1,    Oklahoma, OK 73107-2448
12921654       +WFNNB/Lane Bryant,    P.O. Box 182789,    Attn: Bankruptcy Notice,    Columbus, OH 43218-2789
13839323       +homas Puleo,    KML Law Group P.C.,    c/o Nationstar Mortgage LLC,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12921644        E-mail/Text: cio.bncmail@irs.gov Feb 17 2018 02:43:43      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA   19114
12995011        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 17 2018 02:44:35      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12921646       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:49:05      LVNV Funding,
                 P.O. Box 10497,    Attn: Bankruptcy Notice,    Greenville, SC 29603-0497
13051863        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:49:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13052094        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:50:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12921647       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 17 2018 02:44:23      Midland Funding,
                 8875 Aero Drive, Ste. 200,    Attn: Bankruptcy Notice,    San Diego, CA 92123-2255
12921648       +E-mail/Text: bankruptcydepartment@tsico.com Feb 17 2018 02:45:20      NCO Fin 15,
                 P.O. Box 15391,    Attn: Bankruptcy Notice,    Wilmington, DE 19850-5391
12951114        E-mail/Text: ebn@vativrecovery.com Feb 17 2018 02:43:48      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
12950232        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:43:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
12921649       +E-mail/Text: bknotices@totalcardinc.com Feb 17 2018 02:44:25      Plains  Commerce Bank,
                 P.O. Box 89940,    Attn: Bankruptcy Notice,    Sioux Falls, SD 57109-6940
12921650       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 02:55:56
                 Portolio Recovery Associates,    120 Corporate Blvd. Ste 100,    Attn: Bankruptcy Notice,
                 Norfolk, VA 23502-4952
12969576       +E-mail/Text: csidl@sbcglobal.net Feb 17 2018 02:44:43      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville CA 95696-8208
```

```
District/off: 0313-2          User: DonnaR             Page 2 of 2                  Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW          Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12921652       +E-mail/Text: philadelphia.bnc@ssa.gov Feb 17 2018 02:44:41
                 Social Security Admin Overpayment,    P.O. Box 3430,    Attn: Bankruptcy Notice,
                 Philadelphia, PA 19122-0430
                                                                                                TOTAL: 15

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +U.S. Bank National Association,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
13458505*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13347986      ##+Bank of America, N.A.,    Mail Stop: CA6-919-01-23,    400 National Way,
                 Simi Valley, California 93065-6414
12932090      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MARC H. PACHTMAN    on behalf of Joint Debtor Holli  McCarthy mpachtman@comcast.net,
               cnicosia2211@comcast.net
              MARC H. PACHTMAN    on behalf of Debtor Francis C. McCarthy mpachtman@comcast.net,
               cnicosia2211@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Francis C. McCarthy and Holli McCarthy

       Debtor(s)

Bankruptcy No: 12−21232−amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/16/18

    67 – 66
    Form 138_new